UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:                                                                          Chapter 11

231 Fourth Avenue Lyceum, LLC,                                    Case No. 13-42125-cec

                        Debtor.

-----------------------------------------------------------x

## ORDER DENYING THE DEBTOR'S MOTION

**WHEREAS**, on February 6, 2017, this Court issued an order (the "Order") denying the Debtor's motion seeking to vacate a state court order and for an open public hearing on judicial notice of undisputed facts; and

**WHEREAS**, the Debtor has filed a motion to vacate the Order (the "Motion"); and

**WHEREAS**, there exists no basis for the relief requested by the Debtor;

**NOW**, **THEREFORE**, it is hereby

**ORDERED**, that, after due consideration, and for all of the reasons set forth in the Order, the Debtor's Motion is denied in its entirety, and it is further

**ORDERED**, that the Court certifies pursuant to 28 U.S.C. § 1915(3) that any appeal from this order would not be taken in good faith.



Dated: Brooklyn, New York
       February 23, 2017

_____
**Carla E. Craig**
**United States Bankruptcy Judge**