# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: cteutonic | Date Created: 3/10/2017 |
| Case: 1−13−42125−cec | Form ID: pdf000 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust    Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
aty    Glenn P Warmuth    gpw@stim−warmuth.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
    231 Fourth Avenue Lyceum LLC    c/o David Blum    11 park Place 10th Fl    New York NY 10007
    Eric Richmond    2107 Regent Place    Brooklyn NY 11226

TOTAL: 2