Official Form 417A (12/15)

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
2017 MAR 10  P 3: 40
RECEIVED

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): **Eric Richmond**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   **For appeals in an adversary proceeding.**
   - ☐ Plaintiff
   - ☐ Defendant
   - ☒ Other (describe) __Affected Party/ Party in interest__

   **For appeals in a bankruptcy case and not in an adversary proceeding.**
   - ☐ Debtor
   - ☐ Creditor
   - ☐ Trustee
   - ☒ Other (describe) __Affected Party/ Party in interest__

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: __1-13-42125-cec Doc 198__

2. State the date on which the judgment, order, or decree was entered: __02/24/17__

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: __P.B. #7, LLC__    Attorney: __Glenn P. Warmuth__
   ~~2 Eighth Street~~
   ~~Farmingville, NY 11738~~
   ~~Phone: 631-732-2000~~
   231 Fourth Avenue

2. Party: __Lyceum, LLC__    Attorney: __David Blum__
   __11 Park Place 10th Fl__
   __New York, NY, 10007__
   __Office (212) 947-9416__

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____    Date: 03/09/2017
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
2107 Regent Place
Brooklyn, NY 11226
646 256 9613

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## CIVIL COVER SHEET

This form is REQUIRED for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

IN RE: Bankruptcy Case No. 13-42125(cec) _____ Adv. Pro. No. *(if applicable)* _____

### Bankruptcy Appeal

| APPELLANTS | APPELLEES |
|---|---|
| Eric Richmond,<br>    Movant, Affected Party | P.B. #7, LLC |

RECEIVED 2017 MAR 10 P 3: 40
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

| ATTORNEYS (FIRM NAME, ADDRESS, TEL. NO.) | ATTORNEYS (IF KNOWN) |
|---|---|
| Eric Richmond - Pro Se<br>2107 Regent Place | Glenn P. Warmuth<br>Stim & Warmuth, P.C.<br>2 Eighth Street<br>Farmingville, NY 11738 |

BASIS OF JURISDICTION: Federal Question

CAUSE OF ACTION - 28:1334 Bankruptcy Appeal *(Write brief statement of cause.)*
Court misidentified motion to reconsider as a motion to vacate which have different standards
Court misidentified movant,
Court misidentified the basis of the motion,
Court failed to address arguments cases and facts raised in motion

NATURE OF SUIT: 422 Bankruptcy Appeal (801)

RELATED CASE(S) IN DISTRICT COURT, IF ANY

DISTRICT JUDGE_____    DOCKET NUMBER_____

*CIVIL CASES ARE DEEMED RELATED IF PENDING CASE INVOLVED:*

☐ *1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT*
☐ *2. SAME ISSUE OF FACT OR GROWS OUT OF THE SAME TRANSACTION*
☐ *3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT COPYRIGHT OR TRADEMARK*

Date: 03/09/2017 _____    Signature of Attorney of Record: _____
*[or Appellant Pro Se]*

**FOR COURT USE ONLY**

APPLYING IFP_____    JUDGE_____    MAG. JUDGE_____

**CIVIL COVER SHEET, Bankruptcy Appeal (cont'd)**

Did the cause of action arise in Nassau or Suffolk County? __NO__

If YES, please indicate which county:_____

---

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.

YES ☐          NO ☑

Are you currently the subject of any disciplinary action(s) in this or any other state or federal court?

YES ☐ (If yes, please explain)        NO ☑

_____

_____

_____

Please provide your bar code and e-mail address below. Your bar code consists of the initials of your first and last name and the last four digits of your social security number, or any other four-digit number registered by the attorney with the Clerk of Court. This information must be provided pursuant to local rule 11.1(b) of the local civil rules.

Attorney Bar Code: PRO SE --_____

E-Mail Address: gowanusx@gmail.com_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                    Chapter 11

231 Fourth Avenue Lyceum, LLC,                              Case No. 13-42125-cec

                   Debtor.
-----------------------------------------------------------x

## ORDER DENYING THE DEBTOR'S MOTION

**WHEREAS**, on February 6, 2017, this Court issued an order (the "Order") denying the Debtor's motion seeking to vacate a state court order and for an open public hearing on judicial notice of undisputed facts; and

**WHEREAS**, the Debtor has filed a motion to vacate the Order (the "Motion"); and

**WHEREAS**, there exists no basis for the relief requested by the Debtor;

**NOW, THEREFORE**, it is hereby

**ORDERED**, that, after due consideration, and for all of the reasons set forth in the Order, the Debtor's Motion is denied in its entirety, and it is further

**ORDERED**, that the Court certifies pursuant to 28 U.S.C. § 1915(3) that any appeal from this order would not be taken in good faith.



Dated: Brooklyn, New York
February 23, 2017

                                                                    Carla E. Craig
                                                            United States Bankruptcy Judge