13-42125
231 Forth Ave
Lyceum, LL

USMS
107

BANKRUPTCY
Clerk of
The Court

*FILED*
2017 MAR -9 PM 9:20
CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX